# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH ZOPPI,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PROFORM TRADING LLC**,<br><br>*Defendant.* | Case No. 2:21-cv-02307-CCC-MF<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joseph Zoppi and Defendant Proform Trading LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

DATED this 4th day of April, 2022.

Respectfully submitted,

*/s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman  (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*

<u>/s/ *Joseph E. Hopkins*</u>
Joseph E. Hopkins (JH1078)
Pellis Law Group, LLP
37 North Broadway, Suite 1
Nyack, New York 10960
(845) 535-3939
jhopkins@pellislaw.com

Barnard N. Madsen (*pro hac vice*)
Matthew R. Howell (*pro hac vice*)
Fillmore Spencer LLC
3301 N. University Avenue
Provo, UT 84604
(801) 426-8200
bmadsen@fslaw.com
mhowell@fslaw.com

*Attorneys for Defendant*
*Proform Trading LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I electronically filed and served the foregoing using the CM/ECF system.

/s/ Stefan Coleman
Stefan Coleman

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   4/8/2022

2